IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01446-GPG

**ELIZABETH ANN TAFOYA**,

    Plaintiff,

v.

**STEVE ONLEY**;
**PLATINUM SUPPLEMENTAL INSURANCE,**

    Defendants.

**ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED TITLE VII COMPLAINT**

    Plaintiff, Elizabeth Ann Tafoya, has filed *pro se* a Title VII Complaint (ECF No. 1). She has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

    The court must construe the Title VII Complaint liberally because Ms. Tafoya is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons discussed below, Ms. Tafoya will be ordered to file a second amended complaint.

    The court has reviewed the Amended Complaint (ECF No. 6) and finds that the document fails to comply with the Court's Order requiring Plaintiff to file her complaint on the Court-approved Title VII Forms. In addition, Plaintif must attach a copy of the Notice to Sue Letter, as required by the Court's form Complaint. Accordingly, it is

    **ORDERED** that Ms. Tafoya file, **within thirty (30) days from the date of this order**, an Amended Title VII Complaint **on the court-approved Title VII Complaint form**, which includes a copy of her Notice to Sue letter. It is

**FURTHER ORDERED** that the Clerk of Court send Ms. Tafoya the court-approved Title VII Complaint form, along with the applicable instructions.  It is

**FURTHER ORDERED** that, if Ms. Tafoya fails to file an Amended Title VII Complaint that complies with this order within the time allowed, the action will be dismissed without further notice.

DATED August 12, 2015, at Denver, Colorado.

BY THE COURT:

/s Gordon P. Gallagher
Gordon P. Gallagher
United States Magistrate Judge